IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-04198-TBB-11 |
| MOORE-HANDLEY, INC., et al., ) | Chapter 11 Proceedings |
| ) | Jointly Administered |
| Debtors. ) | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO BANKRUPTCY RULE 3001(E)(1) OTHER THAN FOR SECURITY AND WAIVER OF NOTICE

PLEASE TAKE NOTICE that the general unsecured claim of Honey-can-do International, Inc., 5750 McDermott Drive, Berkeley, IL 60163-1102 ("Transferor") against Debtors Moore-Handley, Inc. and/or Hardware House, Inc. (jointly, "Debtors"), in the amount of $160.14, as listed within the Debtors' Schedule F of Liabilities, has been transferred and assigned (absolutely and not for security) to The Bostwick-Braun Company. No proof of claim has been filed.

Attached hereto as Exhibit "A" is the document evidencing Transferor's assignment of its claim to Transferee. Transferor has agreed to waive, and has waived, any notice or hearing requirements in connection with this transfer and the Transferor has authorized the clerk of this Court to immediately change the holder of this claim from the Transferor to Transferee, The Bostwick-Braun Company, 1946 N. 13th Street, Toledo, OH 43604.

/s/ Charles R. Johanson III
ENGEL, HAIRSTON & JOHANSON, P.C.
4th Floor 109 North 20th Street (35203)
P.O. Box 11405
Birmingham, AL 35202
Telephone:   205.328.4600
Fax:             205.328.4698
rjohanson@ehjlaw.com

>David J. Coyle
>Shumaker, Loop & Kendrick, LLP
>1000 Jackson Street
>Toledo, OH 43604-5573
>Telephone: 419.241.9000
>Fax: 419.241.6894
>
>Attorneys for The Bostwick-Braun Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2009, a copy of foregoing **Notice Of Transfer Of Claim Pursuant To Bankruptcy Rule 3001(E)(1) Other Than For Security And Waiver Of Notice** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties shown on the receipt as requesting will be served by regular U.S. Mail.

| | |
|---|---|
| Jay R. Bender, Esq.<br>Bradley Arant Boult Cummings LLP<br>1819 5th Avenue<br>North Birmingham, AL 35203<br>j bender@babc.com | J. Thomas Corbett, Esq.<br>United State Bankruptcy Court<br>Robert S. Vance Federal Bldg.<br>1800 5th Avenue<br>North Birmingham, AL 35203<br>Thomas_Corbett@alnba.uscourts.gov |
| Mark I. Duedall, Esq.<br>Hunton & Williams LLP<br>Bank of America Plaza Ste 4100<br>600 Peachtree Street NE<br>Atlanta, GA 30308<br>mduedall@hunton.com | R. Scott Williams, Esq.<br>Haskett Slaughter Young & Rediker LLC<br>1400 Park Place Tower<br>2001 Park Place<br>North Birmingham, AL 35203<br>rsw@hsy.com |
| Michael A. Harrison<br>Key, Greer, Frawley, Key & Harrison<br>P. O. Box 360345<br>Birmingham, AL 35236<br>Attorney for Frank Barnes | |

*/s/ Charles R. Johanson III*

Charles R. Johanson III (rjohanson@ehjlaw.com)
ENGEL, HAIRSTON & JOHANSON, P.C.