IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-04198-TBB-11 |
| MOORE-HANDLEY, INC., et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER GRANTING APPLICATION TO EMPLOY HALCOMB & WERTHEIM P.C. AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327(e) AND TO APPROVE CONTINGENT FEE ARRANGEMENT UNDER 11 U.S.C. § 328

THIS MATTER came before the Court on March 23, 2010 on the Debtors' Application to Employ Halcomb & Wertheim P.C. as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(e) and to Approve Contingent Fee Arrangement under 11 U.S.C. § 328 [Docket No. 914](the "Application") filed by Moore-Handley, Inc. ("Moore-Handley"), and its wholly owned subsidiary, Hardware House, Inc. ("Hardware House"), debtors and debtors-in-possession (the "Debtors"). Based upon the declaration of W. McCollum Halcomb in support thereof (the "Declaration"), the pleadings of record, the arguments and representation of counsel, for good cause shown, and all other matters brought before the Court, the Court has determined that the Application is due to be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Application is approved; and it is further

**ORDERED, ADJUDGED AND DECREED** that, in accordance with sections 327(e) and 328 of the Bankruptcy Code, the Debtors are authorized to employ Halcomb & Wertheim PC (the "Firm") as special litigation counsel on the terms set forth in the Application and the Declaration.

Dated: March 24, 2010.

/s/ Thomas B. Bennett
UNITED STATES BANKRUPTCY JUDGE

1/2015774.1