# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Moore-Handley, Inc., et al.,     }     **Case No: 09-04198-TBB7**
                                  }
DEBTOR(S).                  }
                                  }
                                  }

## ORDER APPROVING

This matter came before the Court on Tuesday, June 29, 2010 09:00 AM, for a hearing on the following:

    RE: Doc #1098; Application to Employ William Dennis Schilling as Attorney for Trustee

Proper notice of the hearing was given and appearances were made by the following:
    Jon Dudeck, Attorney for Bankruptcy Administrator
    Daniel D. Sparks, attorney for The CIT Group/Business Credit, Inc.

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the employment of William Dennis Schilling, as Attorney for James G. Henderson, Trustee is APPROVED as to employment only. The terms of compensation are not approved at this time and shall be subject to review following the filing of an application consistent with the requirements of the Bankruptcy Code, 11 of USC Section 101 ET SEQ. and the Rules of Bankruptcy Procedure.

Dated: 06/29/2010                                /s/ THOMAS BENNETT
                                                                           THOMAS BENNETT
                                                                          United States Bankruptcy Judge