IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MOORE-HANDLEY, INC., et al., | ) | BANKRUPTCY CASE NO: |
| | ) | 09-04198-TBB-7 |
| | ) | |
| Debtor. | ) | |

## ORDER FOR EXAMINATION OF DEBTOR OR OTHER PERSON UNDER RULE 2004

Upon application of William Dennis Schilling, attorney for James G. Henderson, Trustee of the above bankruptcy case, it is **ORDERED** that

U-Haul International, Inc.

is to appear and produce within twenty days of the date of the Order the requested documents to:

Office of William Dennis Schilling, Attorney at Law
1032 26th Street South
Birmingham, Alabama 35205

The Clerk will mail a copy of this Order to the said U-Haul International, Inc.:

Attn: Manda Brockhagen, Staff Attorney
2727 N. Central Avenue
Phoenix, AZ 85004

**IT IS SO ORDERED** this the 21st day of July, 2010.


/s/ Thomas B. Bennett
THOMAS B. BENNETT
United States Bankruptcy Judge

This Order prepared by
William Dennis Schilling
205-328-0464