IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
MOORE-HANDLEY, INC., et al., ) BANKRUPTCY CASE NO:
) 09-04198-TBB-7
)
Debtor. )

## NOTICE OF PAYMENT OF FUNDS TO WILLIAM G. RUSH

Comes now, James G. Henderson, Trustee of the above estate ("Henderson") and gives notice of payment to William G. Rush as set out below:

1. Henderson filed a motion seeking authorization to pay William G. Rush on a continuing basis (Proceeding No. 1167).

2. This Court approved said motion by Order dated September 9, 2010 (Proceeding No. 1179).

3. Pursuant to the motion and order, future payments were authorized to William G. Rush and the Trustee was to file notice of said payments with this Court.

4. The Trustee on October 28, 2010, paid to William G. Rush additional sums of $4,560.00 as evidenced by the attached statement from William G. Rush and check.

Respectfully submitted,


/s/ William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
(205) 328-6996 fax
wdschilling@bham.rr.com