# Moore-Handley, Inc.
# Pension Work Log

| Week Starting | Hours |
|---|---|
| 5-31-10 - 6-4-10 | 7 |

Pick up mail and sort
Discussions with, Gordon McLean, Chris Hawkins, Kathy Santiano, Terry Bender, Michael Hardin

| | |
|---|---|
| 6-7-10 - 6-11-10 | 4 |

Pickup mail and sort
Eddie Polk and Richard Guy

| | |
|---|---|
| 6-14 - 6-18-10 | 4 |

Pickup mail and sort
Larry Welsh and Andy Taylor

| | |
|---|---|
| 6-21-10 - 6-25-10 | 4 |

Pickup mail and sort
Gayle Landers and Kathy Santiano

| | |
|---|---|
| 6-28-10 - 7-2-10 | 2 |

Pickup mail and sort

| | |
|---|---|
| 7-5-10 - 7-9-10 | 2 |

Pickup mail and sort

| | |
|---|---|
| 7-12-10 - 7-16-10 | 3 |

Pickup mail and sort
Susan Hazleton

| | |
|---|---|
| 7-19-10 - 7-23-10 | 5 |

Pickup mail and sort
Mike Moore, Richard Tipton, Andy Taylor

| | |
|---|---|
| 7-26-10 - 7-30-10 | 7 |

Pickup mail and sort
Rick Walker, Gary Thompson, Betty Cain, Larry Welsh
Andy Taylor

| | |
|---|---|
| 8-2-10 - 8-6-10 | 5 |

Pickup mail and sort
Andy Taylor, Edwin Ware and Susan Hazleton

8-9-10 - 8-13-10                3
Pickup mail and sort
Larry Welsh

8-16-10 - 8-20-10               6
Pickup Mail and sort
Gayle Landers, Richard Tipton, Eddie Ware
Andrea and Kathy with Great West

8-23-10 - 8-27-10               4
Pickup mail and sort
Libby Wayland, Kathy Santiano

8-30-10 - 9-3-10                5
Pickup mail and sort
Susan Hazelton, Edwin Ware, Gayle Landers

9-6-10 - 9-10-10                4
Pickup mail and sort
Gary Thompson, Larry Welsh

9-13-10 - 9-17-10               3
Pickup mail and sort
Susan Hazelton Kathy Santiano

9-20-10 - 9-24-10               4
Pickup mail and sort
Kathy Santiano legal update and 5500 info
Andrea Granger, Great West, Gayle Landers
Susan Hazelton resent paperwork

9-27-10 - 10-1-10               4
Pickup mail and sort
Greg Ray, Tim Johnson, Kathy Santiano

Total hours worked              76   x 60 = 4560.°

Submitted by Bill Rush    *Bill Rush (signature)*
Thursday, October 07, 2010

October 7, 2010 Stmt.    James G. Henderson, Ch. 7 Trustee    **BANK OF AMERICA, N.A.**    CHECK NUMBER

32-1/1110 TX 0

**107**

| DATE | AMOUNT |
|---|---|
| 10/28/10 | *******4,560.00 |

**1833067**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-04198  TBB | Debtor: MOORE-HANDLEY, INC., ET AL., |

William G. Rush

*Four Thousand Five Hundred Sixty Dollars And 00/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000107⑈ ⑆111000012⑆ 4437456168⑈

| Date: 10/28/10 | Check Number: 107 | Amount: 4,560.00 |
|---|---|---|

Case Number: 09-04198    TBB
Debtor Name: MOORE-HANDLEY, INC., ET AL.,
Tax ID: 63-0819773

| Paid To: William G. Rush | Trustee: James G. Henderson, Ch. 7 Trustee |
|---|---|

Description: October 7, 2010 Stmt.

Bank Account Number: 4437456168